INGRAHAM, P. J., McLAUGHLIN, CLARKE and DOWLING, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

BURTON W. GIBSON, Respondent, *v.* ALBERT F. SCHWANNECKE, Appellant.

First Department, June 3, 1910.

See head note in *Gibson* v. *McDonald* (*ante*, p. 51).

APPEAL by the defendant, Albert F. Schwannecke, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 15th day of May, 1908, granting the plaintiff's motion to strike out as scandalous and redundant portions of the amended answer, and directing that the fifth and partial defense be made more definite and certain.

*Theodore Connoly*, for the appellant.

*Albert A. Wray*, for the respondent.

SCOTT, J.:

The order appealed from should be reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, for the reasons stated in *Gibson* v. *McDonald* (139 App. Div. 51), decided herewith.

INGRAHAM, P. J., McLAUGHLIN, CLARKE and DOWLING, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.